IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-00010-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH BELLAMY, | ) | |
| Defendant. | ) | |

This matter is before the court on Keith Bellamy's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Amendment 750 [DE-77], seeking a reduction in his term of imprisonment. The court has been advised that Bellamy has been released from incarceration. Consequently, Bellamy's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Amendment 750 [DE-77] is DISMISSED as moot.

SO ORDERED.

This, the 25 day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge