# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2535
Fax: 910-483-2690

**DATE:** February 26, 2018

**FROM:** Marla Bianco
U.S. Probation Officer

**SUBJECT:** BELLAMY, Keith
Case No.: 7:02-CR-10-2BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On June 3, 2003, pursuant to a guilty plea to Distribution of More Than 50 Grams of Cocaine Base and Aiding and Abetting, Keith Bellamy appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 220 months imprisonment and 5 years supervised release. On November 5, 2013, pursuant to Rule 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 169 months.

He has performed satisfactorily on supervision. He has submitted to DNA testing and all drug screens have been negative. He was ordered to pay an $11,100.00 fine. To date, he has paid $3,273.00 and still owes $7,927.00. During supervision, he has made regular monthly payments in the amount of $50.00. He has been on low intensity supervision since October 2016. His term of supervised release is set to expire on December 18, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     2-27-18
Terrence W. Boyle                                Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 7:02-CR-10-2BO

KEITH BELLAMY

On December 19, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Marla Bianco
Marla Bianco
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910.354.2535 Executed
On: February 26, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27__ day of __Feb__, 20_18_.

Terrence W. Boyle
U.S. District Judge